IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GENERAL CASUALTY COMPANY OF WISCONSIN, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 11-5154 |
| SHIRLEY GUZIKOWSKI, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this  9th  day of December, 2011, upon consideration of the Motion to Dismiss for Lack of Subject Matter Jurisdiction Under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) (Doc. No. 5) filed by Defendant Shirley Guzikowski, an Answer filed by Plaintiff General Casualty Company of Wisconsin, and Defendant's Reply to Plaintiff's Response to Defendant's Motion to Dismiss, it is hereby **ORDERED** that the Motion is **GRANTED.** The Clerk of Court is directed to close the case.

BY THE COURT:

 /s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE